# EXHIBIT A

| | |
|---|---|
| BOULDER COUNTY DISTRICT COURT<br>STATE OF COLORADO<br>1777 6th St.<br>Boulder, CO 80302<br>(303) 441-3750 | DATE FILED: December 31, 2018 10:58 AM<br>FILING ID: E765D52046988<br>CASE NUMBER: 2018CV31182 |
| Plaintiff: JERRAMIE BULLOCK, an individual<br><br>v.<br><br>Defendant: Rolf's Motorcycle Shop, LLC, a delinquent Colorado Limited Liability Company | ▲ COURT USE ONLY ▲ |
| Attorney for Plaintiff:<br>Matthew A. Crowther, #39146<br>JORGENSEN, BROWNELL & PEPIN, P.C.<br>900 South Main Street, Suite 100<br>Longmont, CO 80501<br>Phone: (303) 678-0560<br>Fax: (303) 678-1164<br>mcrowther@jbplegal.com | Case No.<br><br>Div. |
| COMPLAINT AND JURY DEMAND | |

COMES NOW Plaintiff, Jerramie Bullock, by and through Counsel, Matthew A. Crowther of JORGENSEN, BROWNELL & PEPIN, P.C., respectfully submitting his complaint against Defendant Rolf's Motorcycle Shop, LLC, ("Rolf's") as follows:

## JURISDICTION AND VENUE

1. Jurisdiction over Defendant in this Court is proper pursuant to C.R.S. § 13-1-124(1)(b) because this suit pertains to Defendant's commission of tortious conduct within this State.

2. Venue in this Court is proper pursuant to C.R.C.P. 98(c)(5) because the tort at issue was committed by Defendant in Boulder County, Colorado.

## PARTIES

3. Mr. Bullock is an individual.

4. Rolf's is a delinquent Colorado Limited Liability Company with principal registered mailing address of 1181 South Street, Louisville, CO 80027.

## GENERAL ALLEGATIONS

5. Rolf's is the "landowner" as that term is defined by C.R.S. § 13-21-115 of certain property located at 111 S. Main St., Longmont, CO 80501 for purposes of this action.

6. An employee of Rolf's, Gary, contracted with Mr. Bullock to replace a clutch, throwout bearing, clutch bearing, and slave cylinder on a 1997 Chevy S-10 pickup truck (the "Truck").

7. Rolf's provided garage space at its Longmont facility to Mr. Bullock for his work on the Truck.

8. Rolf's further agreed to act as a guarantor for Gary's payment to Mr. Bullock for his work on the Truck.

9. On or about May 16, 2018, Mr. Bullock was working on the Truck at Rolf's garage when a car jack owned by Rolf's failed and caused the Truck to fall onto Mr. Bullock's arm.

10. Mr. Bullock's arm was crushed as a result of the accident.

## CLAIM FOR RELIEF
(Premises Liability)

11. Mr. Bullock repeats and re-alleges every averment pled in this complaint as if such allegations were stated fully herein and incorporates all exhibits attached hereto herein.

12. Mr. Bullock has injuries, damages, and losses as a result of the accident.

13. Rolf's actually knew about the dangerous condition of its car jack or, as an entity using reasonable care, should have known about that danger.

14. Rolf's failed to use reasonable care to protect against the danger of its car jack.

15. Rolf's failure to use reasonable care to protect against the danger of its car jack was a cause of Mr. Bullock's injuries, damages, and losses.

WHEREFORE, Mr. Bullock respectfully requests that the Court enter judgment in his favor and against Rolf's for his noneconomic losses and injuries which he has had to the present time and for those which he will probably have in the future, including physical and mental pain and suffering, inconvenience, emotional stress, and impairment of the quality of life; economic losses and injuries which he has had to the present time and for those which he will probably have in the future, including loss of earnings, damage to his ability to earn money in the future,

reasonable and necessary medical, hospital, and other expenses; damages associated with his physical impairment and disfigurement; costs; and interest on all sums pursuant to C.R.S. § 13-21-101.

## JURY DEMAND

Plaintiff demands a trial to a jury of six (6) on all issues.

RESPECTFULLY submitted December 31, 2018.

                              JORGENSEN, BROWNELL & PEPIN, P.C.

                              */s/ Matthew A. Crowther*
                              Matthew A. Crowther, #39146
                              Attorney for Plaintiff

Plaintiff may be contacted through counsel:
Matthew A. Crowther, #39146
JORGENSEN, BROWNELL & PEPIN, P.C.
900 South Main Street, Suite 100
Longmont, CO  80501
Phone: (303) 678-0560
Fax: (303) 678-1164
mcrowther@jbplegal.com