IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 19-cv-00808-RBJ

JERRAMIE BULLOCK, an individual,

    Plaintiff,

v.

ROLF'S MOTORCYCLE SHOP, LLC, a Colorado Limited Liability Company,

    Defendant.

---

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REMAND

---

THE COURT, having reviewed Plaintiff's motion [ECF No. 12], the court file, and being otherwise fully informed, hereby Grants Plaintiff's motion and remands this case to the Boulder County District Court pursuant to 28 U.S.C. § 1441(b)(2).

DONE this 22nd day of April, 2019.

*[signature]*

R. Brooke Jackson
United States District Judge